DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISAAC CISNEROS-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff*,<br><br>     v.<br><br>ISAAC CISNEROS-VASQUEZ,<br><br>           *Defendant*. | No. 1:06-cr-340 AWI<br><br>STIPULATION TO VACATE MOTIONS SCHEDULE/HEARING;  CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>DATE: January 16, 2007<br>TIME : 9:00 a.m.<br>DEPT : Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Schedule, as well as the *Motions Hearing*, which hearing is scheduled for December 18, 2006  a.m.**, *be vacated*, to be *reset by the Court*; and that the *Status Conference* set for December 18, 2006 *be continued* to **January 16, 2007  at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: December 14, 2006                MCGREGOR W. SCOTT
                                        United States Attorney

                                    By /s/  Steven M. Crass
                                        Steven M. Crass
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: December 14, 2006                DANIEL J. BRODERICK
                                        Federal Defender

                                    By /s/ Mark A. Lizárraga
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
                                        Attorney for Defendant

## **O R D E R**

    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:  December 15, 2006**             /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule/Hearing;
Continue Status Conference Hearing              2