1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ISAAC CISNEROS-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0340 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | ) | |
| ISAAC CISNEROS-VASQUEZ, | ) | Date:  March 23, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for March 9, 2007, may be continued to **March 23, 2007, at 9:00 a.m.**

The reason for this continuance is to allow additional time for consideration of dispositional offer.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///
///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: March 6, 2007                 By:    /s/  Steven M. Crass
                                            STEVEN M. CRASS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: March 6, 2007                 By:    /s/ Marc C. Ament
                                            MARC C. AMENT
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Isaac Cisneros-Vasquez

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    March 7, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Cisneros-Vasquez          2