| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC C. AMENT, Bar #59080 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ISAAC CISNEROS-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0340 LJO |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING, AND [PROPOSED] |
| v. | ) | ORDER THEREON |
| | ) | |
| ISAAC CISNEROS-VASQUEZ, | ) | Date: March 30, 2007 |
| | ) | Time: 9:00 a.m. |
| *Defendant*. | ) | Judge: Honorable Lawrence J. O'Neill |
| | ) | |
| | ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for March 23, 2007, **may be continued to March 30, 2007, at 9:00 a.m.**

The reason for this continuance is to allow additional time to further consider the dispositional offer. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        McGREGOR W. SCOTT
        United States Attorney

DATED: March 22, 2007        By:  /s/ Steven M. Crass
        STEVEN M. CRASS
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: March 22, 2007        By:  /s/ Marc C. Ament
        MARC C. AMENT
        Assistant Federal Defender
        Attorney for Defendant
        Isaac Cisneros-Vasquez

## ORDER

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 22, 2007**        /s/ Lawrence J. O'Neill
b9ed48        UNITED STATES DISTRICT JUDGE